HANNAH J. THOMPSON, Appellant, *v.* ROBERT H. THOMPSON, Respondent.

(Argued February 15, 1932; decided March 3, 1932.)

*George Gordon Battle* and *James C. Goggin* for appellant.
*John Burlinson Coleman* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.